**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>                                      Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>                                      Plaintiff,<br><br>         v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., WS ASSOCIATE CO-INVEST PARTNERS, LLC, WATER STREET HEALTHCARE MANAGEMENT, L.P., WIND POINT PARTNERS IV, L.P., WIND POINT IV EXECUTIVE ADVISOR PARTNERS, L.P., WIND POINT ASSOCIATES IV, LLC, WIND POINT INVESTORS IV, L.P., *et al.*,<br><br>                                      Defendants. | Adversary Proceeding<br>No. 15-51238 (KG) |

**PAH LITIGATION TRUST'S
<u>MOTION FOR WITHDRAWAL OF THE REFERENCE</u>**

Plaintiff PAH Litigation Trust (the "Trust"), by and through undersigned counsel, hereby files this Motion for Withdrawal of the Reference in the above-captioned adversary proceeding currently pending in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), and respectfully requests that pursuant to 28 U.S.C § 157(d), this Court withdraw the reference from the Bankruptcy Court of this entire adversary proceeding so that the case may proceed to a jury trial before this Court.

Pursuant to Del. Bankr. L.R. 7012-1, the Trust does not consent to the entry of final orders or judgments by the Bankruptcy Court if it is determined that the Bankruptcy Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

WHEREFORE, the Trust respectfully requests that this Court (i) grant this Motion and the relief requested herein; (ii) enter the proposed order attached hereto as Exhibit A; and (iii) grant such other and further relief as it deems appropriate.

Dated: September 24, 2018

>QUINN EMANUEL URQUHART
>& SULLIVAN, LLP
>Richard I. Werder, Jr.
>Susheel Kirpalani
>Benjamin Finestone
>51 Madison Avenue, 22nd Floor
>New York, New York 10010
>
>QUINN EMANUEL URQUHART
>& SULLIVAN, LLP
>R. Brian Timmons
>Johanna Y. Ong
>B. Dylan Proctor
>865 South Figueroa Street, 10th Floor
>Los Angeles, California 90017
>
>-and-

1

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ Peter J. Keane_
Laura Davis Jones (Bar No. 2436)
Michael R. Seidl (Bar No. 3889)
Peter J. Keane (Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
    mseidl@pszjlaw.com
    pkeane@pszjlaw.com

*Counsel for the PAH Litigation Trust*

2

# **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>　　　　　　　　　　　　　　　Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>　　　　　　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., WS ASSOCIATE CO-INVEST PARTNERS, LLC, WATER STREET HEALTHCARE MANAGEMENT, L.P., WIND POINT PARTNERS IV, L.P., WIND POINT IV EXECUTIVE ADVISOR PARTNERS, L.P., WIND POINT ASSOCIATES IV, LLC, WIND POINT INVESTORS IV, L.P., *et al.*,<br><br>　　　　　　　　　　　　　　　Defendants. | Adversary Proceeding<br>No. 15-51238 (KG) |

## ORDER WITHDRAWING
## REFERENCE OF ADVERSARY PROCEEDING
## PURSUANT TO 28 U.S.C. § 157(d)

Upon consideration of the motion (the "Motion")[1] of Plaintiff PAH Litigation Trust (the "Trust") seeking withdrawal of the automatic reference of the above-captioned Adversary Proceeding No. 15-51238 (KG); and the Court having considered the Motion, responses thereto, argument of counsel, and for good cause shown, it is hereby ORDERED that:

　　　1.　　The Motion is GRANTED.

---

[1] Capitalized terms not defined herein shall have the meaning attributed in the Motion.

2.	Pursuant to 28 U.S.C. § 157(d), the automatic reference of the above-captioned Adversary Proceeding No. 15-51238 (KG) is hereby withdrawn, effective immediately.

3.	The Parties shall appear before the Court on _____ for a trial-setting conference.

Dated: _____, 2018

_____
UNITED STATES DISTRICT JUDGE