# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11<br>Case No. 13-12965-KG<br>(Jointly Administered)<br>Bankr. Adv. Proc. No. 15-51238-KG |
| PAH LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P., *et al.*,<br><br>Defendants. | Civil Action No. 18-1734 (LPS) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Farbod S. Moridani of Quinn Emanuel Urquhart & Sullivan, LLP, to represent the PAH Litigation Trust in the above-captioned action.

Dated: November 7, 2018     */s/ Peter J. Keane*
                              Peter J. Keane (Bar No. 5503)
                              Pachulski Stang Ziehl & Jones LLP
                              919 N. Market Street, 17th Floor
                              P.O. Box 8705
                              Wilmington, DE 19899-8705 (Courier 19801)
                              Telephone: (302) 652-4100
                              Facsimile: (302) 652-4400
                              Email: pkeane@pszjlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2018

_____
UNITED STATES DISTRICT COURT JUDGE

2

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Revised Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 7, 2018

*/s/ Farbod S. Moridani*
Farbod S. Moridani
Quinn Emanuel Urquhart & Sullivan, LLP
865 South Figueroa Street, 10th Floor
Los Angeles, CA  90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  farbodmoridani@quinnemanuel.com