# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P. *et al.*,<br><br>Defendants. | Adversary Proceeding<br>Case No. 15-51238 (KG) |
| PAH LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>WATER STREET HEALTHCARE PARTNERS, L.P. *et al.*,<br><br>Defendants. | Case No. 18-01734 (LPS) |

**PLAINTIFF'S MOTION TO EXCLUDE EXPERT OPINIONS UNDER FRE 702**

Plaintiff PAH Litigation Trust, by and through its undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Evidence 702, to preclude Defendants from offering at trial certain expert testimony of Timothy Renjilian, Daniel Fischel, Rajiv Gokhale, and Richard Puntillo. The grounds for this motion are set forth in Plaintiff's Opening Brief in Support of its Motion to Exclude Expert Opinions under FRE 702, filed contemporaneously herewith.

Pursuant to D. Del. L.R. 7.1.1, the parties met and conferred, and Defendants oppose the Motion.

|  |  |
|---|---|
| OF COUNSEL:<br>Richard I. Werder, Jr.<br>Susheel Kirpalani<br>Benjamin Finestone<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>(212) 849-7000<br><br>R. Brian Timmons<br>Johanna Y. Ong<br>B. Dylan Proctor<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, California 90017<br>(213) 443-3112<br><br>DATED: April 23, 2019 | */s/ Michael A. Barlow*<br>Michael A. Barlow (#3928)<br>April M. Kirby (#6152)<br>ABRAMS & BAYLISS LLP<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>(302) 778-1000<br>barlow@abramsbayliss.com<br>akirby@abramsbayliss.com<br><br>*Attorneys for Plaintiff PAH Litigation Trust* |