## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.,*<br><br>                                        Debtors. | Chapter 11 Case<br>Case No. 13-12965 (KG)<br>(Jointly Administered) |
| PAH LITIGATION TRUST,<br><br>                              Plaintiff,<br><br>       v.<br><br>WATER STREET HEALTHCARE PARTNERS,<br>L.P. *et al.*,<br><br>                              Defendants. | Adversary Proceeding<br>Case No. 15-51238 (KG) |
| PAH LITIGATION TRUST,<br><br>                              Plaintiff,<br><br>       v.<br><br>WATER STREET HEALTHCARE PARTNERS,<br>L.P. *et al.,*<br><br>                              Defendants. | Case No. 18-01734 (LPS) |

## DECLARATION OF APRIL M. KIRBY, ESQ.

I, April M. Kirby, make this declaration and state:

1.      I am an associate at the law firm of Abrams & Bayliss LLP, counsel for plaintiff the PAH Litigation Trust (the "Trust").  I respectfully submit this declaration in support of the PAH Litigation Trust's respective oppositions to Defendants' Motions to Exclude Expert Opinions Under FRE 702, D.I. 40, 42, 44.  I make this declaration of

personal, firsthand knowledge, and, if called and sworn as a witness, I could and would testify competently thereto.

2.     Attached hereto as **Exhibit 1** is a true and correct copy of a joint request by the parties on July 21, 2017 to Hon. Kevin Gross requesting leave to file cross motions for summary judgment on damages.  Adv. D.I. 544.

3.     Attached hereto as **Exhibit 2** is a true and correct copy of the opinion regarding summary judgment issued by Hon. Kevin Gross in the above-captioned adversary proceeding on November 1, 2017, Adv. D.I. 624.

4.     Attached hereto as **Exhibit 3** is a true and correct copy of the order regarding summary judgment issued by Hon. Kevin Gross in the above-captioned adversary proceeding on November 1, 2017, Adv. D.I. 625.

5.     Attached hereto as **Exhibit 4** is a true and correct copy of the opening expert report submitted by Dr. Bala Dharan in this action, dated March 30, 2018, with highlighting indicating the excerpts that Defendants have moved to strike.

6.     Attached hereto as **Exhibit 5** is a true and correct copy of the opening expert report submitted by Melvin (Chip) R. Hurley, Jr. in this action, dated March 30, 2018, with highlighting indicating the excerpts that Defendants have moved to strike.

7.     Attached hereto as **Exhibit 6** is a true and correct copy of the opening expert report submitted by Yvette Austin Smith in this action, dated March 30, 2018, with highlighting indicating the excerpts that Defendants have moved to strike.

8.     Attached hereto as **Exhibit 7** is a true and correct copy of the supplemental expert report submitted by Ms. Smith in this action, dated June 27, 2018.

9. Attached hereto as **Exhibit 8** is a true and correct copy of the opening expert report submitted by Dr. Sanjay Unni in this action, dated March 30, 2018.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the rebuttal expert report submitted by Dr. Unni in this action, dated May 14, 2018, with highlighting indicating the excerpts that Defendants have moved to strike.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the opening expert report submitted by Timothy Renjilian in this action, dated March 30, 2018.

12. Attached hereto as **Exhibit 11** is a true and correct copy of the rebuttal expert report submitted by Mr. Renjilian in this action, dated May 14, 2018.

13. Attached hereto as **Exhibit 12** is a true and correct copy of the supplemental expert report submitted by Mr. Renjilian in this action, dated June 8, 2018

14. Attached hereto as **Exhibit 13** is a true and correct copy of the opening expert report submitted by Daniel Fischel in this action, dated March 30, 2018.

15. Attached hereto as **Exhibit 14** is a true and correct copy of the rebuttal expert report submitted by Daniel Fischel in this action, dated May 14, 2018.

16. Attached hereto as **Exhibit 15** is a true and correct copy of the opening expert report submitted by Richard Puntillo in this action, dated March 30, 2018.

17. Attached hereto as **Exhibit 16** is a true and correct copy of the rebuttal expert report submitted by Richard Puntillo in this action, dated May 14, 2018.

18. Attached hereto as **Exhibit 17** is a true and correct excerpted copy of the transcript of Mr. Fischel's June 5, 2018 deposition.

19. Attached hereto as **Exhibit 18** is a true and correct excerpted copy of the transcript of Ms. Austin Smith's May 29, 2018 deposition.

20.    Attached hereto as **Exhibit 19** is a true and correct copy of an email chain between counsel for the Trust and counsel for Defendants dated between April 22 and May 16, 2019.

21.    Attached hereto as **Exhibit 20** is a true and correct copy of the Draft Stipulation Regarding Testimony by Damages Experts ("Proposed Stipulation") that was attached to the May 16, 2019 email in **Exhibit 19**.   As of this date, Defendants have not responded to the Proposed Stipulation.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  May 24, 2019



April M. Kirby (#6152)