IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PHYSIOTHERAPY HOLDINGS, INC., *et al.*,<br><br>　　　　　Debtors. | )<br>)<br>) Chapter 11 Case<br>) Case No. 13-12965 (KG)<br>) (Jointly Administered)<br>) |
| PAH LITIGATION TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WATER STREET HEALTHCARE<br>PARTNERS, L.P., *et al.*,<br><br>　　　　　Defendants. | )<br>)<br>) Adversary Proceeding<br>) No. 15-51238-KG<br>)<br>) C.A. No. 18-1734-LPS<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 19, 2019 the following document was served on the persons listed below in the manner indicated:

1) Subpoena for Mark Falcone to Appear and Testify at a Hearing or Trial in a Civil Action

**BY EMAIL**

Peter Rogers
KANE, PUGH, KNOELL, TROY
& KRAMER LLP
510 Swede Street
Norristown, PA 19401-4807
(610) 275-2000
progers@kanepugh.com

1

Respectfully submitted,

*/s/ David M. Fry*
John W. Shaw (No. 3362)
David M. Fry (No. 5486)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 298-0700
jshaw@shawkeller.com
dfry@shawkeller.com

OF COUNSEL:
Robert A. Van Nest
David J. Silbert
Steven K. Taylor
Ajay S. Krishnan
Erin E. Meyer
Abraham Fine
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
(415) 391-5400
*Attorneys for Defendants*

Richard W. Reinthaler
David Neier
Rolf S. Woolner
Carrie V. Hardman
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
*Attorneys for Water Street Defendants*

Brian D. Roche
James A. Rolfes
Michael S. Leib
REED SMITH LLP
10 S. Wacker Drive
Chicago, Illinois 60606-7507
(312) 207-6490
*Attorneys for Wind Point Defendants*

Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
Christopher M. De Lillo (No. 6355)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
stearn@rlf.com
kandestin@rlf.com
delillo@rlf.com
*Attorneys for Defendants*

Dated: June 19, 2019